GRAMERCY PARK APARTMENTS, INC., Respondent, v. B'WAY AND 82ND CO., INC., Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ALICE KEY NASH, Respondent, v. ALEXANDER HAY LEHMANN, Individually and as Executor, etc., of HENRY PAYN NASH, and SONJA LAMM NASH, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

INTERBOROUGH RAPID TRANSIT COMPANY, Appellant, v. NEW YORK RAPID TRANSIT CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of GIFTS BY WIRE, INC., Petitioner, against HENRY E. BRUCKMAN and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See, also, ante, p. 350.]

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, v. ELSIE EMMA STAUBUS, as Ancillary Administratrix, c. t. a., in the State of New York, etc., of EMIL AUGUST RUEFF, Deceased, and Others, Appellants, Impleaded with Others, Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM WILLIAMS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of ADOLPH NADEL-STEIN, Respondent, v. IRVING B. BEACHER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MORIS KISILEVSKY, Appellant, v. MARTIN JONAS and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOSEPH P. BRIZZOLARA, Appellant, against JOHN McKENZIE, as Commissioner of Docks of the City of New York, and Others, Respondents.— Order unanimously modified to the extent of granting an alternative order, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CAROL A. LYNN, Appellant, v. JOHN JACOB LOEB, Defendant, Impleaded with MARION E. BYRNE and EDWARD BYRNE, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.